UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE LOS SANTOS,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE CALIFORNIA,<br><br>Respondent. | Case No. 21-cv-02328-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The instant action was originally before the Honorable Lucy H. Koh, and it was subsequently reassigned to the undersigned. Dkt. 11.

Petitioner, a detainee at Santa Clara County Jail, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 alleging: (1) a violation of *Brady v. Maryland*, 373 U.S. 83 (1963); and (2) excessive bail. Dkt. 1 at 3-4. In an Order dated December 10, 2021, after conducting a preliminary review, Judge Koh dismissed the petition and granted petitioner forty-five days to file an amended petition curing the pleading deficiencies as to the bail claim. Dkt. 9. Specifically, Judge Koh stated as follows:

> The Petition is dismissed without leave to amend as to the *Brady* claim, but with leave to amend as to the bail claim. If petitioner is able truthfully to allege that he has exhausted his bail claim, then he must file an amended petition **within forty-five (45) days of this order**.

*Id.* at 5 (emphasis in original). Judge Koh warned petitioner that if he "**fail[ed] to file an amended petition within forty-five (45) days in conformity with [the December 10, 2021] order, the case will be dismissed without prejudice.**" *Id.* (emphasis in original). Judge Koh also denied petitioner's motion to proceed *in forma pauperis* and instructed him to pay the $5.00 filing fee within twenty-eight days of the filing date of the December 10, 2021 order. *Id.*

1   Both deadlines have passed, and petitioner has failed to file an amended petition and to pay
2   the $5.00 filing fee. Accordingly, this action is DISMISSED without prejudice.
3   The Clerk of the Court shall close the file.
4   IT IS SO ORDERED.
5   Dated: February 4, 2022

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge